<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF NEW JERSEY</u>

| | |
|---|---|
| Robert J. Meyers<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Lieutenant Kent, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 01-5836 (DRD-MF)<br><br><u>ORDER</u><br>CLOSED |

　　Defendants Lieutenant Kent, Sergeant Jerry Collins, Sergeant Gene Prince, SCO Alex Cruz, SCO Christopher Esposito, SCO Louis Hall, SCO Kevin Jones, SCO Angel Munoz, SCO LeGrande Roseborough, SCO Joseph Sommers, and SCO Miguel Velez, having moved for summary judgment with regard to all counts contained in the complaint of Plaintiff Robert J. Meyers, and the court having reviewed the submissions of the parties, and for the reasons set forth in an opinion of even date,

　　IT IS, on this　　day of July, 2006, **ORDERED** as follows:

1. Defendants' motion for summary judgment be granted in its entirety.

2. The action is dismissed as to all defendants.

　　　　　　　　　　　　　　　　　　/s/ Dickinson R. Debevoise
　　　　　　　　　　　　　　　　　　DICKINSON R. DEBEVOISE, U.S.S.D.J.